IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

MARIA LOVELL,   CASE NO.: 2:22-cv-01449-NIQA

   Plaintiff,

v.

GUARDIAN RESTORATION, INC., and
JASON KLUSKA, Individually,

   Defendant.
_____/

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through her undersigned attorney, hereby dismisses this action without prejudice.

Respectfully submitted this 14th day of June, 2021.

/s/ ANGELI MURTHY
ANGELI MURTHY, ESQ.
PA Bar No.: 93699
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, FL 33324
Tel: 954-318-0268
Fax: 954-327-3016
E-mail: amurthy@forthepeople.com
*Trial Counsel for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which I understand will send notification of such filing to all counsel of record.

/s/ ANGELI MURTHY
ANGELI MURTHY, ESQ